# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

BROADCAST MUSIC, INC.; CYANIDE PUBLISHING; BOCEPHUS MUSIC, INC.; HOUSE OF CASH, INC.; VELVET APPLE MUSIC; COMBINE MUSIC CORP.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SONGS OF UNIVERSAL, INC.; FAIZILU PUBLISHING; SUTJUJO MUSIC,

    Plaintiffs,

V.

NOBLE'S BAR & GRILL, LLC d/b/a BAR NOBLE a/k/a NOBLE BAR and GRILL and JAMIE NOBLE and DAN NOBLE, JR., each Individually,

    Defendants.

Civil Action No. 1:18-cv-00599-RLY-MPB

## **CORPORATE DISCLOSURE STATEMENT**

  Defendants, by and through their attorneys, Wesch Law Firm P.C., pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, provide the following corporate ownership disclosures:

  1. No parent corporation or publicly held corporation owns 10% or more of the membership interest in NOBLE'S BAR & GRILL, LLC.

  Dated this 25th day of July, 2018.

Respectfully Submitted,

*Joel L. Wesch*

Joel L. Wesch
Atty No.: 28911-83
Wesch Law Firm
423 East Ferry Street
Cayuga, Indiana, 47928
Phone: (765) 487-0031
Fax: (765) 487-0019
Email: joelwesch@weschlawfirm.com

*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25th, 2018, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

April A. Wimberg
Bingham Greenbaum & Doll LLC
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202